## *United States District Court for the Northern District of Illinois*

Case Number: 08CV2646                    Assigned/Issued By:

Judge Name:                              Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                             ☐ Alias Summons

☐ Third Party Summons                 ☐ Lis Pendens

☐ Non Wage Garnishment Summons        ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons  _____
                                      _____
☐ Citation to Discover Assets         (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

_____Original and _____ copies on _____ as to _____
                                        (Date)

_____

_____