**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ERNAN ALFARO vs. DETECTIVE LANGHENRY, UNKNOWN OFFICERS, and the VILLAGE OF HANOVER PARK, IL | 08 CV 2646 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VILLAGE OF HANOVER PARK, a Municipal Corporation, and DETECTIVE LANGHENRY

| | |
|---|---|
| NAME (Type or print) Patrick H. O'Connor | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/Patrick H. O'Connor | |
| FIRM Hartigan & O'Connor P.C. | |
| STREET ADDRESS 20 North Clark Street, Suite 1250 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06207351 | TELEPHONE NUMBER 312/201-8880 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO X |