08-30-4897                                                                                          ARDC No. 01144642

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ERNAN ALFARO,              ) | |
|     Plaintiff,     ) | |
|     v.              ) | No.   08 CV 2646 |
| DETECTIVE LANGHENRY, UNKNOWN ) | Judge Gettleman |
| OFFICERS, and the VILLAGE OF ) | Magistrate Judge Cole |
| HANOVER PARK, IL,           ) | |
|     Defendants.    ) | |

## NOTICE OF FILING

TO:   **Erica E. Faaborg ,** efaaborg@hrbattorneys.com, **Blake Wolfe Horwitz ,** bhorwitz@hrbattorneys.com, **Abbas Badruddin Merchant ,** amerchant@hrbattorneys.com , **Elliot S. Richardson ,** erichardson@erlaw.net , **Rachelle M. Sorg ,** rsorg@erlaw.net,npeters@erlaw.net

    PLEASE TAKE NOTICE that on this 30th day of June , 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our APPEARANCE by Russell W. Hartigan, Patrick H. O'Connor and Michael R. Hartigan, on behalf of defendants, Village of Hanover Park, a Municipal Corporation, and Detective Langhenry, copies of which are attached hereto and served upon you.

                                                      /s/Russell W. Hartigan_____

## PROOF OF SERVICE BY ELECTRONIC MAIL

    The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, via electronic mail, on this 30th day of June, 2008.

                                                      /s/Russell W. Hartigan_____

SUBSCRIBED and SWORN to before me this  30th day of June, 2008.

_____
Notary Public

Russell W. Hartigan
HARTIGAN & O'CONNOR P.C.
20 North Clark Street, Suite 1250
Chicago, IL  60602
(312) 201-8880