08-30-4897                                                                                      ARDC No. 01144642

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ERNAN ALFARO, )<br>      Plaintiff, )<br>  v. )<br>DETECTIVE LANGHENRY, UNKNOWN )<br>OFFICERS, and the VILLAGE OF )<br>HANOVER PARK, IL, )<br>      Defendants. ) | No.   08 CV 2646<br><br>Judge Gettleman<br>Magistrate Judge Cole |

## NOTICE OF FILING

TO:   **Erica E. Faaborg ,** efaaborg@hrbattorneys.com, **Blake Wolfe Horwitz ,** bhorwitz@hrbattorneys.com, **Abbas Badruddin Merchant ,** amerchant@hrbattorneys.com , **Elliot S. Richardson ,** erichardson@erlaw.net , **Rachelle M. Sorg ,** rsorg@erlaw.net,npeters@erlaw.net

     PLEASE TAKE NOTICE that on this 9th day of July, 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our WAIVER OF SERVICE OF SUMMONS ON DETECTIVE LANGHENRY, copies of which are attached hereto and served upon you.

                                                         /s/Russell W. Hartigan_____

## PROOF OF SERVICE BY ELECTRONIC MAIL

     The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, via electronic mail, on this 9th day of July, 2008.

                                                         /s/Russell W. Hartigan_____

SUBSCRIBED and SWORN to before me this 9th day of July, 2008.

_____
Notary Public

Russell W. Hartigan
Patrick H. O′Connor
Michael R. Hartigan
HARTIGAN & O'CONNOR P.C.
20 North Clark Street, Suite 1250
Chicago, IL  60602
(312) 201-8880