08-30-4897                                                                                       ARDC No. 01144642

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ERNAN ALFARO,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 CV 2646 |
| | ) | |
| **DETECTIVE LANGHENRY, UNKNOWN** | ) | Judge Gettleman |
| **OFFICERS, and the VILLAGE OF** | ) | Magistrate Judge Cole |
| **HANOVER PARK, IL,** | ) | |
| | ) | |
| Defendants. | ) | |

## JURY DEMAND

The undersigned, as Attorney for the Defendants, DETECTIVE LANGHENRY and VILLAGE OF HANOVER PARK, a Municipal Corporation, demands trial by jury.

/s/Russell W. Hartigan_____
Attorney for Defendant(s)

Russell W. Hartigan
HARTIGAN & O'CONNOR P.C.
20 North Clark Street, Suite 1250
Chicago, IL  60602
(312) 201-8880

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/Russell W. Hartigan _____
Attorney for Defendant(s)

Michael W. Dobbins, Clerk of the U.S. District Court, Northern District