IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERNAN ALFARO,<br><br>    Plaintiff,<br><br>    v.<br><br>DETECTIVE LANGHENRY, UNKNOWN OFFICERS, and the VILLAGE OF HANOVER PARK, IL,<br><br>    Defendants. | No. 08-cv-2646<br><br>JUDGE GETTLEMAN<br><br>MAGISTRATE JUDGE COLE |

**NOTICE OF FILING**

I hereby certify that on August 29, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following document(s):

INITIAL STATUS REPORT and NOTICE thereof

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Michael Russell Hartigan    mhartigan@hartiganlaw.com

Russell W. Hartigan    rwhartigan@hartiganlaw.com, donnanash@hartiganlaw.com

Patrick Halpin O'Connor    patoconnor@hartiganlaw.com, mail@hartiganlaw.com

                                                s/Amanda S. Yarusso

                                                **Horwitz, Richardson, & Baker, LLC.**
                                                20 S. Clark Street, Suite 500
                                                Chicago, IL  60603
                                                (312) 676-2100
                                                (312) 372-7076 (Fax)