## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Ernan Alfaro

                Plaintiff,

v.                                          Case No.: 1:08−cv−02646
                                                Honorable Robert W. Gettleman

Langhenry, et al.

                Defendant.


### ORDER REFERRING A CIVIL CASE TO THE
### DESIGNATED MAGISTRATE JUDGE


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, ) Mailed notice.


Dated: September 8, 2008

                                                                            /s/ Robert W. Gettleman

                                                                          United States District Judge